UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM F. KEMP, JR.,

        Plaintiff,                Case No. 1:17-cv-312

v.                                    Honorable Paul L. Maloney

JAMIE MARIE KEMP,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   July 14, 2017              /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge